E. A. HOYT & Co., plaintiff in error, *vs.* D. J. & J. W. SHEFFIELD, defendants in error.

Complaint and motion for new trial, from Thomas.

The writ of error in this case was dismissed by the Court, *ex suo mero motu,* because counsel for plaintiffs in error failed "on or before the calling of the cause on the docket for a hearing" to furnish to each of the Judges and to the Reporter a printed or plainly written copy of the bill of exceptions," as is required by Rule 12th of the Supreme Court. See 38th Georgia Reports, 690.

ARTHUR P. WRIGHT, LOCHRANE & CLARK, for plaintiff in error.

HAMMOND & DAVIS, for defendants in error.